# EXHIBIT 1

Declaration of Michael Cruz

FILED
Electronically
CV26-02081
2026-07-20 03:26:24 PM
Alicia L. Lerud
Clerk of the Court
Transaction # 12019342 : msalazarperez

**1520**

Lucas M. Foletta (Nevada Bar No. 12154)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
Phone: 775.327.3000
LMFoletta@hollandhart.com

*Attorneys for Attorneys for Plaintiff MICHAEL ANTHONY CRUZ, JR.*

**IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**

**IN AND FOR THE COUNTY OF WASHOE**

MICHAEL ANTHONY CRUZ, JR.,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Executor.

Case No. CV26-02081

Dept. No. 1

**DECLARATION OF MICHAEL ANTHONY CRUZ JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1. I, Michael Anthony Cruz Jr., am the Plaintiff in this action. I am over the age of 18 and competent to make this declaration. I make this declaration based on my personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2. I am a student-athlete at the University of Nevada, Reno, where I competed on the varsity baseball team during the 2025-2026 season. I am 22 years old and currently reside in Reno, Nevada.

3. I graduated from Reno high school in 2022. I enrolled at the College of Southern Nevada ("CSN"), a junior college in Henderson, Nevada, in the fall of 2022.

4. I am currently pursuing an interdisciplinary studies major at the University of Nevada, Reno. I am in good academic standing and on track to complete my degree. I have eligibility remaining from an academic standpoint — the only barrier to my continued participation in intercollegiate athletics is the NCAA's eligibility determination at issue in this



HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

lawsuit.

5. Baseball has been central to my life since childhood. I have dedicated myself to developing my skills and pursuing my goal of competing at the highest level of collegiate baseball and, ultimately, professional baseball. It is also a game that I love. Playing baseball has been the central joyful preoccupation of my life to this point.

6. I played two seasons of junior college baseball at the College of Southern Nevada, the 2022-2023 and 2023-2024 academic years. During my time at CSN, I developed as a hitter and earned the opportunity to compete at the Division I level.

7. After completing my sophomore season at CSN in spring 2024, I transferred to the University of Nevada, Las Vegas ("UNLV"), a Division I institution in the Mountain West Conference, for the 2024-2025 academic year. I competed on the UNLV baseball team during the spring 2025 season.

8. Following the 2024-2025 season, I transferred to the University of Nevada, Reno, also a Division I institution in the Mountain West Conference, for the 2025-2026 academic year.

9. The 2025-2026 season at Nevada was my fourth season of intercollegiate athletic competition: two at CSN (JUCO) and two at Division I institutions (UNLV and Nevada). I did not take a redshirt in any season. I did not receive a medical hardship waiver in any season. I played in all four seasons.

10. The 2025-2026 season was the best of my collegiate career. I finished the season with the highest batting average in the Mountain West Conference.[1] In conference play, I also ranked in the Mountain West top 10 in doubles (10, T-third), on-base percentage (.469, seventh) and slugging (.605, 10th).[2] I posted 10 multi-hit games during the Mountain West season, including one four-hit game and three with three hits.[3] I was named to the All Mountain West

---

[1] Ex. 1 available at https://d1baseball.com/conference/mountain-west-conference/#conference-leaders.

[2] Ex. 2 available at https://nevadawolfpack.com/news/2026/6/9/baseball-mikey-cruz-jr-named-to-abca-all-region.aspx.

[3] *Id.*

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

Second Team and the ABCA West All-Region Second Team.[4]

11. My performance during the 2025-2026 season demonstrated that I am competing at an elite level and have not yet reached my ceiling as a Division I baseball player. I believe I am capable of continuing to improve with an additional season of Division I competition.

12. At no point during my career have I been subject to any disciplinary action, academic ineligibility, or violation of NCAA rules. I am in good standing with the University of Nevada and with the NCAA in all respects other than the eligibility determination at issue in this lawsuit.

13. On June 23, 2026, the NCAA Division I Cabinet voted to approve the age-based eligibility model, which grants Division I athletes five seasons of competition within a five-year window. I learned of this development with hope that I would be permitted to compete for a fifth season.

14. However, the NCAA's implementation framework provides that "Student-athletes whose fourth season of collegiate eligibility was completed by spring 2026" receive "No additional eligibility." Because my fourth season was completed in spring 2026, I am excluded from the benefit of the new rule.

15. I have not received any formal written decision from the NCAA regarding my eligibility status. I have not been afforded any opportunity to be heard. I have not been given any avenue for appeal. The University of Nevada's compliance office has confirmed to me that no waiver mechanism exists for my situation and that there is no administrative process by which I can seek additional eligibility.

16. I am aware that athletes who completed only three seasons by spring 2026 — and therefore have eligibility "remaining" — will receive the benefit of the new five-year model. The only difference between me and those athletes is that I competed in all four available seasons without taking a redshirt. I am being penalized for competing in all available seasons, while athletes who sat out a year are rewarded with additional opportunity.

---

[4] *Id.*

17. The NCAA Division I Transfer Portal for baseball opened on June 1, 2026 and closed on June 30, 2026. My understanding is being in the portal with eligibility for next season is the only way to become available for recruitment by other Division I institutions for the 2026-27 season.

18. I directed Nevada's compliance office to include me in the portal on June 30, 2026 subject to a designation conditioning my availability on obtaining eligibility for next season. Nevada's compliance office did so.

19. Since being in the portal, I have received significant interest from two top-tier collegiate baseball programs, which to my knowledge, have significant NIL budgets and for which playing would improve my draft prospects. My belief is it is possible for annual NIL compensation from either school in excess of $100,000.00.

20. However, because the NCAA has classified me as having "no additional eligibility," the University of Nevada's compliance office has informed me that it cannot process my entry into the transfer portal as an unconditional eligible transfer. I am effectively locked out of the transferring until resolution of my eligibility status for the 2026-2027 season.

21. My understanding is that I am similarly not eligible to be rostered by Nevada as I am not eligible pursuant to NCAA standards.

22. As the Mountain West Conference batting average leader, I have demonstrated the ability to perform at an elite level against Division I pitching. An additional year of competition would provide me with more at-bats against high-level pitching, increased exposure to professional scouts who attend Division I games, and continued physical and technical development — all of which would enhance my professional prospects. I have been advised by an advisor familiar with collegiate baseball players and the skillsets required to generate MLB draft interest that this is the case.

23. I understand that Division I is the primary pathway to professional baseball for collegiate players. If I am denied a fifth year of eligibility, I will lose access to: (a) NIL compensation packages I expect to be offered; (b) revenue-sharing payments I understand are available to eligible Division I athletes; (c) a potential academic-athletic scholarship at a

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

Division I institution; (d) exposure to MLB scouts at Division I competitions; (e) the opportunity to improve my professional prospects through additional Division I performance; and (f) the unique athletic, academic, and professional development opportunities available only at the Division I level.

24. None of these losses can be remedied by money damages. The 2026-27 baseball season cannot be replayed. The scouting exposure cannot be recreated. The NIL and revenue-sharing offers are contingent on eligibility that expires with the passage of time. My physical prime as an athlete is finite. These harms are irreparable.

25. There is no alternative to Division I baseball that would provide me with equivalent opportunities. I played two years at the junior college level (CSN) before transferring to Division I. At no point during my JUCO career did I receive any NIL compensation, any revenue-sharing payments, or any meaningful MLB Draft exposure. It was only upon reaching Division I that these opportunities became available to me in a material way.

26. What's more, throughout my collegiate career I have competed against players that are more senior to me and have received various forms of dispensation from the NCAA to continue their collegiate careers – in some cases well beyond even five years. I have never received covid-era relief, a redshirt year, or a wavier to extend my career, and I was not the beneficiary of the Pavia-waiver the NCAA granted to an entire class of athletes with junior college experience. I have had to deal with, however, the consequences of the NCAA's decision to grant such relief, including expanded rosters, more senior competitors and fewer NIL opportunities. It's my understanding, in fact, that athletes in my position – those that would otherwise be eligible to play five seasons under the NCAA's new rule – are the only athletes in recent memory not to benefit from some sort of exception to the NCAA's former limit of four years of athletic competition.

27. I have no desire to end my collegiate baseball career. I am physically healthy, academically eligible, and performing at the highest level of my career. The only reason I cannot compete in the 2026-27 season is the NCAA's arbitrary decision to exclude my class from the benefit of a rule that it has acknowledged is the appropriate standard going forward.

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

28. Baseball has been central to my life since childhood. I have dedicated virtually my entire life to developing my skills and pursuing my dream of competing at the highest level. The prospect of having my career ended — not by injury, not by poor performance, not by academic failure, but by an arbitrary administrative carve-out — is devastating.

29. I watched the NCAA adopt the age-based eligibility model on June 23, 2026, believing it would grant me the opportunity I have earned through my performance. Instead, I learned that my class — and only my class — is excluded. Athletes who will enroll next year receive five full seasons. I am denied even one more. There is no rational basis for this distinction.

30. I am filing this lawsuit because I have no other choice. There is no waiver to apply for. There is no appeal to file. There is no administrator to petition. The NCAA has closed every door except the courthouse. I respectfully ask this Court to open it.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the proceeding document and attached exhibits, if any, do not contain the personal information of any person.

DATED this 17th day of July, 2026.

Signed by:
B83299D35286475

Michael Anthony Cruz Jr.

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094

# EXHIBIT INDEX

| NO | DOCUMENT | PAGES |
|---|---|---|
| 1 | Mountain West | 6 |
| 2 | Mike Cruze ABCA West All Region | 4 |

# EXHIBIT 1

Home » Conferences » Mountain West

# Mountain West

Current Standings
Latest News
Schedules
Conference Leaders
Stats

2026

## TEAM STANDINGS

| TEAM | RECORD |
|---|---|
| San Diego State | [illegible] |

| | |
|---|---|
| Nevada | 13-11 |
| New Mexico | 12-11-1 |
| UNLV | 11-13 |
| San Jose State | 11-13 |
| Grand Canyon | 11-13 |
| Fresno State | 3-20-1 |

## LATEST NEWS

SEE ALL



### Desert Dispatches: Lewis dominates, Rogers leads charge for Dons

Shotgun Spratling



### Sorenson: The Ouch List – Week Eight Edition

Eric Sorenson



### Rogers: Grand Canyon coaching job will have attractive candidates pool

Kendall Rogers



### D1 Spotlight: New Mexico off to sensational start, Olivier deals for Lamar

Patrick Ebert

# Today's Schedule

No matchups scheduled for today.

## Yesterday's Schedule

No matchups scheduled for today.

# MOUNTAIN WEST LEADERS

SEE ALL

## BATTING AVERAGE

| | | |
|---|---|---|
| 1 | Mikey Cruz Jr. | .403 |
| 2 | Alex Fernandes | .401 |
| 3 | Drew Barragan | .374 |
| 4 | Nin Burns II | .360 |
| 5 | Wyatt Hanoian | .357 |

## HOME RUNS

| | | |
|---|---|---|
| 1 | Jake McCoy | 15 |
| 2 | Jacob Doyle | 15 |
| 3 | Sean Yamaguchi | 14 |
| 4 | Jake Jackson | 14 |
| 5 | Tyce Peterson | 14 |

## STOLEN BASES

| | | |
|---|---|---|
| 1 | Ben Niednagel | 24 |

| | | |
|---|---|---|
| 3 | Adam Magpoc | 20 |
| 4 | Max Hartman | 19 |
| 5 | Kayden Bradshaw | 18 |

## WINS

| | | |
|---|---|---|
| 1 | Nick Lewis | 10 |
| 2 | Ryan Castillo | 8 |
| 3 | Cooper Corkrean | 6 |
| 4 | Nicholas Robb | 6 |
| 5 | Rohan Lettow | 6 |

## ERA

| | | |
|---|---|---|
| 1 | Nick Lewis | 2.97 |
| 2 | Rohan Lettow | 3.81 |
| 3 | Dylan Smith | 4.08 |
| 4 | Ryan Castillo | 4.20 |
| 5 | Luke Meyers | 4.63 |

| | | |
|---|---|---|
| 1 | Parker Dillhoff | 94 |
| 2 | Rohan Lettow | 93 |
| 3 | Ryan Castillo | 83 |
| 4 | Carson Lane | 71 |
| 5 | Chase Frey | 69 |

## FOLLOW ALONG

America East

© Copyright - D1Baseball
2026-07-16 15:31:22 EDT