**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Anthony Cruz Jr.,<br>Plaintiff<br>v.<br>National Collegiate Athletic Association,<br>Defendant | Case No.: 2:26-cv-02306-JAD-DJA<br><br>**Order Transferring Case to Unofficial Northern Division** |

Michael Anthony Cruz Jr. sues the National Collegiate Athletic Association, challenging its determination that he ineligible to play collegiate baseball this coming year.[1] Cruz is currently enrolled at the University of Nevada, Reno, which is located in Washoe County. The complaint centers on events that took place in Reno. This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Washoe County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division**, and close this docket number without prejudice to Michael Anthony Cruz Jr. regarding any limitation period and filing fee.

U.S. District Judge Jennifer A. Dorsey
August 4, 2026

[1] ECF No. 1-1.

[2] L.R. IA 1-6.

[3] L.R. IA 1-8(a).