Lucas M. Foletta
(Nevada Bar No. 12154)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
Tel: 775.327.3000
LMFoletta@hollandhart.com

*Attorneys for Plaintiff MICHAEL ANTHONY CRUZ, JR,*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ANTHONY CRUZ, JR,<br>Plaintiff,<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>Defendant. | **Case No.: 3:26-cv-00588-MMD-CLB**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

This matter comes before the Court on Plaintiff, Michael Anthony Cruz, Jr.'s Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the Motion and being fully advised, the Court finds good cause and Orders as follows:

1. The Motion is GRANTED.
2. This action is DISMISSED WITHOUT PREJUDICE in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).
3. Each party shall bear its own costs and attorneys' fees.
4. The clerk is directed to close this case.

DATED: November 24, 2026

40271476_v1



HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511-2094